# MEMORANDUM DECISIONS

THE TOMBSTONE MILL AND MINING COMPANY, Respondent, v. THE WAY-UP MINING COMPANY et al., Appellants. (Civil No. 116.)

APPEAL from an order of the District Court of the Second Judicial District in and for the County of Cochise reforming defendants' cost bill.

Lewis and Dibble, and J. D. Rouse, for Appellants.

John Haynes, G. G. Symes and Thomas Mitchell, for Respondent.

January 7, 1887. Affirmed.

---

A. L. HENSHAW, Appellee, v. OSCAR LINCOLN, Appellant. (Civil No. 180.)

APPEAL from the District Court of the Second Judicial District in and for the County of Maricopa.

Edwards and Chalmers, for Appellant.

Baker and Hudson, Sumner Howard and Briggs Goodrich, for Appellee.

January 7, 1887. Dismissed.